**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:07 pm, Apr 22, 2019
**JEFFREY P. COLWELL, CLERK**

4/17/19

To whom it may concern

My name is Shane Reeves. I am an inmate at Jefferson County jail serving a state sentence for two misdemeanors. Upon arrival I learned I had a federal hold for possession of body armor by a previous offender. To date I have had no court date or advisement on this charge.

I respectfully request a writ of prosecutendum on this matter. I would like to begin resolution of this case.

Any help you could render would be greatly appreciated.

With regards
Shane Reeves

*Shane Reeves* (signature)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 22 2019**

JEFFREY P. COLWELL
CLERK



Shane Reeves
PO 1123145
PO Box 16700
Golden CO 80401

Arraj Courthouse Clerk Office
901 19th St
Denver CO 80294

056 CCY-FAB 80294

**INDIGENT LEGAL MAIL**

UNCENSORED INMATE MAIL